## BALTIMORE & OHIO RAILROAD CO. ET AL. *v.* UNITED STATES ET AL.

No. 104. Decided October 10, 1966.

*Samuel P. Delisi* and *Edward A. Kaier* for appellants.

*Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Charles L. Marinaccio* and *Robert W. Ginnane* for the United States et al. *James M. Carter* for appellee Erie-Lackawanna Railroad Co.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

## BUCHANAN ET AL. *v.* RHODES, GOVERNOR OF OHIO, ET AL.

No. 115. Decided October 10, 1966.

*Richard M. Markus* for appellants.

*William B. Saxbe,* Attorney General of Ohio, and *Gerald A. Donahue,* First Assistant Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.